# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-16995 and 12-16998 |
| Case Title | Natasha Jackson, et al. v. Neil Abercrombie, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 09/08/2014 | Time | 1:00pm | Courtroom | 1 |

| | |
|---|---|
| Location | James R Browning US Courthouse - San Francisco, CA. |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Kenneth J. Connelly |
| Address | 15100 N. 90th Street |
| City | Scottsdale |
| State | AZ |
| Zip Code | 85260 |
| Phone | (480) 444-0020 |
| Email Address | kconnelly@alliancedefendingfreedom.org |
| Party/parties represented | Hawaii Family Forum, Appellee |
| Special needs you may require in the courtroom | N/A |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Kenneth J. Connelly | Date | 08/21/2014 |

## Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190