# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-16998 and 12-16995 |
| Case Title | Natasha Jackson v. Neil Abercrombie |

assigned for hearing:

| | | | | | |
|---|---|---|---|---|---|
| Date | 09-08-2014 | Time | 1:00 p.m. | Courtroom | 1 |
| Location | San Francisco, California | | | | |

Counsel to argue (or, if argument to be presented "in pro per" enter party information):

| | |
|---|---|
| Name | Robert T. Nakatsuji |
| Address | 425 Queen Street |
| City | Honolulu |
| State | HI |
| Zip Code | 96813 |
| Phone | (808) 586-1360 |
| Email Address | Robert.T.Nakatsuji@hawaii.gov |
| Party/parties represented | Neil Abercrombie, Governor, State of Hawaii |
| Special needs you may require in the courtroom | |

A  Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

Admission status (to be completed by attorneys only):

☒ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Robert T. Nakatsuji | Date | 08-21-2014 |

Filing Instructions
Electronically: Print the filled-in form to PDF (File > Print > PDF Printer/Creator), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
US Mail: Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
Overnight: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190