# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 12-16995 & 12-16998 |
| Case Title | Natasha Jackson, et al. v. Neil Abercrombie, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | Sept. 8, 2014 | Time | 1:00 p.m. | Courtroom | Courtroom 1, 3rd Floor |

| | |
|---|---|
| Location | U.S. Court of Appeals for the Ninth Circuit, 95 Seventh Street, San Francisco, CA 94103 |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Clyde J. Wadsworth, Esq. |
| Address | Alston Hunt Floyd & Ing<br>1001 Bishop Street, Suite 1800 |

| | | | | | |
|---|---|---|---|---|---|
| City | Honolulu | State | HI | Zip Code | 96813 |
| Phone | (808) 524-1800 | Email Address | cwadsworth@ahfi.com | | |

| | |
|---|---|
| Party/parties represented | Plaintiffs-Appellants Natasha N. Jackson, Janin Kleid and Gary Bradley |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⊙ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/ Clyde J. Wadsworth | Date | August 26, 2014 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190